UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

VIC WILTSE,
        Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
        Defendant.

CV 06 - 6292-HA

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $4696.50 and costs in the amount of $350.00, for a total of $5046.50 are awarded and shall to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this  27  day of August 22nd, 2007.

UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-    ORDER    [CV 06 - 6292 - HA]